UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN LEE DAVIS,  <br>             Petitioner,  <br>        v.  <br>UNITED STATES OF AMERICA,  <br>             Defendant. | No. C-05-03756-DLJ  <br>No. CR-98-40082-DLJ  <br><br>**CERTIFICATE OF APPEALABILITY** |

   On October 31, 2007, the Court issued a final order denying Kevin Davis' (Davis) 28 U.S.C. § 2255 motion.  On November 19, 2007, Davis filed a notice of appeal for that order.  Without an express request for a certificate of appealability, a notice of appeal shall be deemed to constitute a request for a certificate. United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).  A certificate must be granted before a final order from a motion under § 2255 may be appealed.  28 U.S.C. § 2253(c)(1).  A certificate may be granted by a district court.  Id; see also Asrar, 116 F.3d at 1269-70.  The certificate shall indicate which specific issues satisfy the standard for issuing a certificate.  28 U.S.C. § 2253(c)(3).  A certificate may issue only if the petitioner has made a substantial showing of a denial of a constitutional right.  28 U.S.C. § 2253(c)(2).

   Davis made a substantial showing of the denial of a constitutional right in his § 2255 motion for each of the claims raised in that motion.  The rulings of the Court in the final order of Davis' § 2255 motion would be found debatable by reasonable jurists.  Cf. Slack v. McDaniel, 529 U.S. 473, 484 (2000).  A

certificate of appealability is hereby GRANTED.  On appeal, all the issues raised in Davis' § 2255 motion may be addressed.

IT IS SO ORDERED

Dated:     November 27, 2007

_____
D. Lowell Jensen
United States District Judge