Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141

Attorney for Defendant
KEVIN LEE DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>        Plaintiff,  )<br>            )<br>v.          )<br>            )<br>KEVIN LEE DAVIS,     )<br>            )<br>        Defendant.  )<br>_____) | CR-98-40082-DLJ<br><br>STIPULATION AND ORDER<br>CONTINUING BRIEFING<br>AND HEARING |

Upon the request of the defendant, KEVIN LEE DAVIS, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States, and good cause appearing because defense counsel has been in trial for the past three weeks in two separate criminal matters,

The time for hearing and filing pleadings in the above-entitled case is hereby continued.  Defendant's pleading shall be filed on or before August 15, 2011, the government's responsive pleading shall be filed on or before September 9, 2011, and the defendant's reply brief shall be filed on or before September 23, 2011.  The hearing is hereby continued from August 26, 2011 to September 30, 2011 at 11:00 in the morning.

Dated: July 8, 2011

                                                       /s/
                                            _____
                                            GEORGE C. BOISSEAU

                                            Attorney for Defendant
                                            KEVIN LEE DAVIS

1

IT IS SO STIPULATED.

Dated: July 8, 2011

                                        /s/
                            SUZANNE MILES
                            Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, the time for hearing and filing pleadings in the above-entitled case is hereby continued. Defendant's pleading shall be filed on or before August 15, 2011, the government's responsive pleading shall be filed on or before September 9, 2011, and the defendant's reply brief shall be filed on or before September 23, 2011. The hearing is hereby continued from August 26, 2011 to September 30, 2011 at 11:00 in the morning.

IT IS SO ORDERED.

Dated: July 12, 2011

                            HON. D. LOWELL JENSEN
                            U.S. District Judge
                            Northern District of California