Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4ᵗʰ Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141

Attorney for Defendant
KEVIN LEE DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-98-40082-DLJ |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING BRIEFING |
| v. | ) | AND HEARING |
| | ) | |
| KEVIN LEE DAVIS, | ) | |
| Defendant. | ) | |
| | ) | |

Upon the request of the defendant, KEVIN LEE DAVIS, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States, and good cause appearing because defense counsel has been reviewing hundreds of pages of trial transcripts and exhibits for the past weeks and needs additional time to prepare the pleadings in this case,

The time for hearing and filing pleadings in the above-entitled case is hereby continued for two weeks. Defendant's pleading shall be filed on or before September 5, 2011, the government's responsive pleading shall be filed on or before September 30, 2011, and the defendant's reply brief shall be filed on or before October 14, 2011. The hearing is hereby continued from September 30, 2011 to **October 28, 2011 at 11:00** in the morning.

Dated: August 15, 2011

                                    /s/
                          GEORGE C. BOISSEAU

                          Attorney for Defendant
                          KEVIN LEE DAVIS

1

1    IT IS SO STIPULATED.

2    Dated: August 15, 2011

3                                                    _____/s/_____
                                                    SUZANNE MILES
4                                                   Assistant United States Attorney

5

6                                    ORDER

7        GOOD CAUSE APPEARING, the time for hearing and filing pleadings in the above-

8    entitled case is hereby continued.  Defendant's pleading shall be filed on or before September

9    5, 2011, the government's responsive pleading shall be filed on or before September 30, 2011,

10   and the defendant's reply brief shall be filed on or before October 14, 2011.  The hearing is

11   hereby continued from September 30, 2011 to **October 28, 2011 at 11:00** in the morning.

12       IT IS SO ORDERED.

13   Dated:  August 26, 2011

14

15                                                  _____
                                                    HON. D. LOWELL JENSEN
16                                                  U.S. District Judge
                                                    Northern District of California
17

18

19

20

21

22

23

24

25

26

27

28

                                        2