MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE B. MILES (CABN 242048)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3699
   Fax: (510) 637-3724
   E-Mail: suzanne.miles@usdoj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>  v. )<br>KEVIN LEE DAVIS, )<br>      Defendant. )<br>_____) | No. CR 98-40082 DLJ<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION |

      Defendant Kevin Lee Davis, through counsel of record, and Plaintiff, United States of America, do hereby stipulate and agree to an extension of time in which the government may file its response to Defendant's motion for a new trial.  Government counsel is preparing for trial and will be in trial starting October 3, 2011, lasting approximately two weeks in the matter of *United States v. Gregory Curtis Byias, Jr.*, CR 10-00018 PJH .  The government has not previously sought any extension in this case, and granting the extension of time will not cause any prejudice or harm to Defendant.

      Pursuant to this stipulation, the Government's response to said motion will be due on October 30, 2011.  Defendant's reply, if any, is due on November 15, 2011.  The hearing is

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO FILE RESPONSE TO MOTION
CR 00-40150-DLJ

1 | hereby continued from October 28, 2011 at 11:00 a.m. to December 9, 2011 at 10:00 a.m.

2 |     IT IS SO STIPULATED.

4 | DATED: September 30, 2011          Respectfully submitted,

                                                      MELINDA HAAG
                                                      United States Attorney

                                                      _____/s/_____
                                                      SUZANNE B. MILES
                                                      Assistant United States Attorney

                                                      _____/s/_____
                                                      GEORGE BOISSEAU
                                                      Attorney for Kevin Lee Davis

                                                  ORDER

Based upon the agreed stipulation of the parties, IT IS HEREBY ORDERED that government's response to defendant's motion for new trial is due on October 30, 2011. Defendant's reply, if any, is due on November 15, 2011. The hearing is hereby continued from October 28, 2011 at 11:00 a.m. to December 9, 2011 at 10:00 a.m.

    IT IS SO ORDERED.

DATED: September 30 , 2011                         _____
                                                    D. LOWELL JENSEN
                                                      U.S. DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO FILE RESPONSE TO MOTION
CR 00-40150-DLJ                                        2