Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141

Attorney for Defendant
KEVIN LEE DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-98-40082-DLJ |
| Plaintiff, | ) ) | STIPULATION AND **ORDER** CONTINUING BRIEFING |
| v. | ) ) | |
| KEVIN LEE DAVIS, | ) ) | |
| Defendant. | ) ) | |

Upon the request of the defendant, KEVIN LEE DAVIS, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States, and good cause appearing because defense counsel has been engaged in jury trial in the Sonoma County Superior Court in the matter of *People v. Graham* SCR-521207 and needs additional time to prepare the pleadings in this case,

The time for filing defendant's reply brief in the above-entitled case is hereby continued for three weeks, leaving the hearing date in place. Defendant's reply brief shall be filed on or before December 7, 2011. The hearing shall remain as set January 20, 2012, at 10:00 in the morning.

Dated: November 16, 2011

/s/
GEORGE C. BOISSEAU

Attorney for Defendant
KEVIN LEE DAVIS

1

IT IS SO STIPULATED.

Dated: November 16, 2011

/s/
SUZANNE MILES
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, the time for filing defendant's reply brief in the above-entitled case is hereby continued, leaving the hearing date in place. Defendant's reply brief shall be filed on or before December 7, 2011. The hearing will remain as set on January 20, 2012, at 10:00 in the morning.

IT IS SO ORDERED.

Dated: **November 22, 2011**

HON. D. LOWELL JENSEN
U.S. District Judge
Northern District of California

2