1   Law Offices of
    GEORGE C. BOISSEAU
2   State Bar Number 75872
    740 4th Street
3   Second Floor
    Santa Rosa, California 95404
4   Phone: (707) 578-5636
    Fax: (707) 578-1141
5
    Attorney for Defendant
6   KEVIN LEE DAVIS

7                     UNITED STATES DISTRICT COURT

8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

UNITED STATES OF AMERICA,        )      CR-98-40082-DLJ
11                                       )
               Plaintiff,        )      STIPULATION AND **ORDER**
12                                       )      CONTINUING BRIEFING
    v.                           )
13                                       )
    KEVIN LEE DAVIS,             )
14                                       )
               Defendant.        )
15   _____)

16       Upon the request of the defendant, KEVIN LEE DAVIS, by and through defendant's

17   counsel of record, George C. Boisseau, and upon agreement of the United States, and good

18   cause appearing because defense counsel has been engaged in the trial of *People v. Custodio*

19   *Sandoval Lopez* MCR-293648 and needs additional time to prepare the reply brief in this case,

20       The time for filing defendant's reply brief in the above-entitled case is hereby

21   continued for two weeks, leaving the presently set hearing date in place.  Defendant's reply

22   brief shall be filed on or before December 21, 2011.  The hearing on defendant's motion for

23   new trial shall remain as set January 20, 2012 at 10:00 in the morning.

24       Dated: December 5, 2011

25                                         _____/s/_____
                                           GEORGE C. BOISSEAU
26
                                           Attorney for Defendant
27                                         KEVIN LEE DAVIS

28

                                       1

1    IT IS SO STIPULATED.

2    Dated: December 5, 2011

3                                                              ____/s/____
                                                              SUZANNE MILES
                                                              Assistant United States Attorney
4

5

6                                            ORDER

7        GOOD CAUSE APPEARING, the time for filing defendant's pleadings in the above-

8    entitled case is hereby continued, leaving the presently set hearing date in place.  Defendant's

9    reply brief shall be filed on or before December 21, 2011.  The hearing on defendant's motion

10   for new trial shall remain as set January 20, 2012 at 10:00 in the morning.

11

12   IT IS SO ORDERED.

13   Dated:  December 6, 2011

14

15                                                          _____
                                                           HON. D. LOWELL JENSEN
16                                                         U.S. District Judge
                                                           Northern District of California
17

18

19

20

21

22

23

24

25

26

27

28

2