Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141

Attorney for Defendant
KEVIN LEE DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-98-40082-DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING BRIEFING |
| v. ) | |
| ) | |
| KEVIN LEE DAVIS, ) | |
| ) | |
| Defendant. ) | |

Upon the request of the defendant, KEVIN LEE DAVIS, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States, and good cause appearing because defense counsel is still engaged in the homicide trial of *People v. Custodio Sandoval Lopez* MCR-293648 and needs some additional time to prepare the reply brief in this case,

The time for filing defendant's reply brief in the above-entitled case is hereby continued for two days, leaving the presently set hearing date in place. Defendant's reply brief shall be filed on or before December 23, 2011. The hearing on defendant's motion for new trial shall remain as set January 20, 2012 at 10:00 in the morning.

Dated: December 21, 2011

/s/
GEORGE C. BOISSEAU

Attorney for Defendant
KEVIN LEE DAVIS

1

IT IS SO STIPULATED.

Dated: December 21, 2011

/s/
SUZANNE MILES
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, the time for filing defendant's pleadings in the above-entitled case is hereby continued, leaving the presently set hearing date in place. Defendant's reply brief shall be filed on or before December 23, 2011. The hearing on defendant's motion for new trial shall remain as set January 20, 2012 at 10:00 in the morning.

IT IS SO ORDERED.

Dated: January 5, 2012

HON. D. LOWELL JENSEN
U.S. District Judge
Northern District of California